FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 20 P 5:18

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LYTAL ENTERPRISES, INC. | CIVIL ACTION |
| VERSUS | NO: 06-0033 |
| NEWFIELD EXPLORATION CO. | SECTION: "R"(2) |

### ORDER

Before the Court is Newfield's motion for contempt and for sanctions. The Court has considered the motion and the opposition filed by Lytal. The Court denies the motion to the extent it seeks to strike allegations and seeks a presumption, on the grounds that the Court should impose "the least severe sanction adequate to serve the purpose" of sanctions. *See Thomas v. Capital Security Services*, 836 F.2d 866, 877-78 (5th Cir. 1988) (citations omitted). As to any other form of sanction for alleged discovery violations, the Court refers the matter to Magistrate Judge Wilkinson for a determination of whether a lesser sanction is appropriate.

___Fee___
___Process___
_X_ Dktd
___CtRmDep___
Doc.No.___

**VIII. CONCLUSION**

For the reasons stated above, the motion for contempt and for sanctions is DENIED IN PART and REFERRED TO THE MAGISTRATE JUDGE.

New Orleans, Louisiana, this ____ day of October, 2006.

```
            _____
                    SARAH S. VANCE
               UNITED STATES DISTRICT COURT
```